241 So.2d 527

**STATE of Louisiana**

**v.**

**Patrick K. FETT.**

No. 51012.

Dec. 11, 1970.

It does not appear that the trial judge has abused his discretion in refusing a preliminary hearing after a bill of information had been filed.